UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TREVOR MERCER,

    Plaintiff,

v.   Case No. 3:25cv218-LC-HTC

TERRY DUDLEY, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 22, 2025 (ECF No. 30), recommending that Defendants' motion to dismiss be denied. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 30) is adopted and incorporated by reference in this order.

    2.    Defendants' motion to dismiss (ECF No. 21) is DENIED.

3. This case is referred to assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 24th day of November, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**